KAREN NELSON MOORE, Circuit Judge,
concurring in the judgment.
I agree that habeas relief is unwarranted at this time. In light of Greene v. Fisher, — U.S. -, 132 S.Ct. 38, 43, 181 L.Ed.2d 336 (2011), I agree with the majority opinion that the “clearly established federal law” applicable in this case is the law under Ohio v. Roberts, 448 U.S. 56, 66, 100 S.Ct. 2531, 65 L.Ed.2d 597 (1980), which permits the admission of hearsay evidence when the declarant is unavailable for cross-examination only if the evidence bears “adequate ‘indicia of reliability.’ ” I cannot say that the admission of Cassaday’s suicide note was contrary to or an unreasonable application of the relevant federal law. See 28 U.S.C. § 2254(d). Therefore, I join in the judgment affirming the judgment of the district court.